IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CLARA ROSEBUD JACKSON,
and DWAYNE JACKSON,

Plaintiffs,

v.                                                              No. 13-420-DRH

UNITED STATES OF AMERICA,

Defendant.

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is the parties' stipulation of dismissal (Doc. 13). Specifically, the parties stipulate to the dismissal with prejudice of this matter. Thus, the Court **ACKNOWLEDGES** the stipulation and DISMISSES with prejudice this matter. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 10th day of January, 2014.

David R. Herndon
2014.01.10
02:30:54 -06'00'

Chief Judge
United States District Court