UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

CLARA ROSEBUD JACKSON
and DWAYNE JACKSON,

   Plaintiffs,

v.

UNITED STATES OF AMERICA,

   Defendant                                        No. 13-cv-420-DRH


## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court on Plaintiffs' Stipulation of Dismissal.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of the Court acknowledging the stipulation of the parties to dismiss the case pursuant to settlement (Doc. 14), this case is **DISMISSED** with prejudice.

                                        NANCY J. ROSENSTENGEL,
                                        CLERK OF COURT

                                        BY:       /s/*Sara Jennings*
                                                  Deputy Clerk

Dated:   January 10, 2014

                        David R. Herndon
                        2014.01.10
                        02:37:21 -06'00'

APPROVED:
            CHIEF JUDGE
            U. S. DISTRICT COURT